IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>JOSE LUIS VALLADARES,<br>aka Ricardo Ochoa Renteria<br><br>          Defendant. | Case No. 3:10-cr-00010-MO-1<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

MOSMAN, District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. The Court concludes that the defendant does not pose a danger to any other person or the community. Mr. Valladares has an immigration detainer and will be transferred to the custody of the relevant immigration authorities upon release.

  IT IS HEREBY ORDERED that the motion to reduce the term of imprisonment imposed in this case to time served is GRANTED;

Page 1  ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS FURTHER ORDERED that an amended judgment shall be prepared and entered forthwith reducing the term of imprisonment to time served, with all conditions of supervised release remaining unchanged.

Dated this  14th  day of July, 2020.

*Michael W. Mosman*
Hon. Michael W. Mosman
United States District Court Judge